JPML FORM 1A                    DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 315 -- IN RE IOWA BEEF PROCESSORS EMPLOYMENT TERMINATION CONTRACT LITIGATION

| Date | No. Code | |
|---|---|---|
| 8/4/77 | 1 | MOTION, BRIEF, EXHIBITS A,B,C, CERT OF SERVICE -- LEX HAWKINS AND JOHN A. COCHRANE FOR TRANSFER OF ACTIONS UNDER 28 U.S.C. §1407  Suggested Transferee District: S.D. Iowa  Suggested Transferee Judge: William C. Hanson |
| 8/11/77 | 2 | RESPONSE -- HANS AARSEN w/cert. of service |
| 8/15/77 | 3 | RESPONSE -- HUGHES A. BAGLEY w/cert. of service |
| 8/15/77 | 4 | RESPONSE -- IOWA BEEF PROCESSORS, INC., ROTHE, FREEMAN w/cert. of service |
| 8/15/77 | | APPEARANCE -- EDWARD W. ROTHE, ESQ. for Iowa Beef Processors, Inc. Edward W. Rothe and Lee A. Freeman, Sr.  HAROLD I. CAMMER, ESQ. for Amalgamated Meat Cutters and Butcher Workmen of North America, AFL-CIO  STEPHEN M. GLYNN for Algert Krieger  MARVIN F. HEIDMAN, ESQ. for Hans Aarsen  JOHN J. GREER, ESQ. for Lex Hawkins and John Cochrane |
| 8/17/77 | | APPEARANCE -- WM. J. RAWLINGS, ESQ. for Hughes Bagley |
| 8/25/77 | | LETTER -- COUNSEL FOR KRIEGER -- dated August 19, 1977 -- service indicated |
| 8/26/77 | | HEARING ORDER -- Setting A-1, A-2 and A-3 for hearing, September 30, 1977 Boston, Massachusetts. |
| 8/26/77 | | LETTER -- Counsel for Irving Stern w/cert. of service |
| 9/6/77 | | LETTER -- DEFENDANTS Gorman, et al. response |
| 9/26/77 | | WAIVER OF ORAL ARGUMENT FOR SEP. 30, 1977 HEARING -- Defendant Hans Aarsen, Defendants Patrick Gorman, Harry Poole, and Sam Talarico, Defendant Irving Stern, Defendant Albert J. Krieger |
| 10/5/77 | | ORDER DENYING TRANSFER OF LITIGATION filed today. Notified involved counsel, clerks and judges. |

DOCKET NO. __315__ -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: __IN RE IOWA BEEF PROCESSORS EMPLOYMENT TERMINATION CONTRACT LITIGATION__

## Summary of Panel Actions

Date(s) of Hearing(s) _____

        Consolidation Ordered _____      Consolidation Denied _____

Opinion and/or Order _____ _____ _____ _____

        Citation _____ _____ _____ _____

Transferee District _____ Transferee Judge _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Iowa Beef Processors, Inc. v. Amalgamated Meat Cutters and Butcher Workmen of North America, AFL-CIO, et al. | N.D.Iowa McManus | C77-4040 | | | | |
| A-2 | Iowa Beef Processors, Inc. v. Amalgamated Meat Cutters and Butcher Workmen of North America, AFL-CIO, et al. | S.D.N.Y. Pollack | 77 Civ 2878 | | | | |
| A-3 | Lex Hawkins and John A. Cochrane v. Iowa Beef Processors, Inc., et al. | S.D.Iowa Hanson | 77-219-2 | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 315 -- IN RE IOWA BEEF PROCESSORS EMPLOYMENT TERMINATION CONTRACT LITIGATION

| | |
|---|---|
| IOWA BEEF PROCESSORS, INC. (A-1 & A-2)<br>EDWARD W. ROTHE<br>LEE A. FREEMAN, SR.<br>Edward W. Rothe, Esquire<br>Freeman, Rothe, Freeman<br>  & Salzman<br>One IBM Plaza - Suite 3200<br>Chicago, Illinois 60611<br><br>AMALGAMATED MEAT CUTTERS<br>  AND BUTCHER WORKMEN OF<br>  NORTH AMERICA, AFL-CIO<br>IRVING STERN<br>Harold I. Cammer, Esquire<br>Cammer & Shapiro, P.C.<br>9 East 40th Street<br>New York, New York 10016<br><br>ALBERT J. KRIEGER<br>Stephen M. Glynn, Esquire<br>Shellow & Shellow<br>222 East Mason Street<br>Milwaukee, Wisconsin 53202<br><br>HANS AARSEN<br>Marvin F. Heidman, Esquire<br>Gleysteen, Harper, Kunze,<br> Eidsmoe & Heidman<br>200 Home Federal Building<br>P.O. Box 3086<br>Sioux City, Iowa 51102<br><br>LEX HAWKINS<br>JOHN A. COCHRANE (A-3)<br>John J. Greer, Esquire<br>Greer, Nelson, Bertell,<br>  Montgomery & Barry<br>Professional Building<br>Spencer, Iowa 51301 | HUGHES BAGLEY<br>Wm. J. Rawlings, Esquire<br>300 Toy National Bank Bldg.<br>Sioux City, Iowa 51101<br><br>PATRICK E. GORMAN<br>HARRY R. POOLE<br>SAM TALARICO<br>Cotton, Watt, Jones, King<br>  & Bowlus<br>1 IBM Plaza<br>Chicago, Ill. 60611<br><br>Crammer & Shapiro<br>9 East 40th Street<br>New York, New York 10016 |

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 315 -- IN RE IOWA BEEF PROCESSORS EMPLOYMENT TERMINATION CONTRACT LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| AMALGAMATED MEAT CUTTERS AND BUTCHER WORKMEN OF NORTH AMERICA, AFL-CIO | A-1 ~~A-2~~ |
| IRVING STERN | A-1 ~~A-2~~ |
| ALBERT J. KRIEGER | A-1 A-2 |
| ~~LEX HAWKINS~~ | A-1 A-2 |
| JOHN A. COCHRANE | A-1 A-2 |
| HUGHES A. BAGLEY | A-1 A-2 |
| HANS AARSEN | A-1 A-2 |
| EDWARD ROTHE | A-3 |
| LEE FREEMAN, SR. | A-3 |
| IOWA BEEF PROCESSORS | A-3 |
| Patrick Gorman | A-2 |

p. _____

| | |
|---|---|
| Harry R Poole | A-2 |
| Sam Polanco | A-2 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |