DOCKET NO. 315

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE IOWA BEEF PROCESSORS EMPLOYMENT TERMINATION CONTRACT LITIGATION

ORDER DENYING TRANSFER

The Panel ruled from the bench at the hearing on this matter that the three actions involved in this litigation do not share unusually complex questions of fact and that transfer of these actions to a single district pursuant to 28 U.S.C. §1407 for coordinated or consolidated pretrial proceedings would not necessarily serve the convenience of the parties and witnesses or promote the just and efficient conduct of the actions.[1]

IT IS THEREFORE ORDERED that transfer pursuant to Section 1407 of the actions listed on the attached Schedule A be, and the same hereby is, DENIED.

FOR THE PANEL:

John Minor Wisdom
Chairman

---

[1] See In re Scotch Whiskey, 299 F. Supp. 543, 544 (J.P.M.L. 1969).

## Schedule A

### Docket No. 315

| NORTHERN DISTRICT OF IOWA | Civil Action No. |
|---|---|
| Iowa Beef Processors, Inc. v. Amalgamated Meat Cutters and Butcher Workmen of North America, AFL-CIO, et al. | C77-4040 |

### SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| Lex Hawkins and John A. Cochrane v. Iowa Beef Processors, Inc., et al. | 77-219-2 |

### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Iowa Beef Processors, Inc. v. Amalgamated Meat Cutters and Butcher Workmen of North America, AFL-CIO, et al. | 77-CIV-2878 |